

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| SHERON SCIARA | ) |
| | ) |
| Defendant. | ) |

2:02-CR-567-RCJ-LRL

**FILED** **ENTERED** **RECEIVED** **SERVED ON COUNSEL/PARTIES OF RECORD**

DEC 2 1 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#187) on October 26, 2005.   Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment.   Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: US BANK
Amount of Restitution: $857,882.99

Name of Payee: BANK ONE
Amount of Restitution: $721,649.68

Name of Payee: COMMUNITY ONE FEDERAL CREDIT UNION
Amount of Restitution: $244,001.38

Name of Payee: PROTOFUND
Amount of Restitution: $148,000.00

Name of Payee: SHELBY SEILER
Amount of Restitution: $149,000.00

Name of Payee: FAIRBANKS CAPITAL CORP
Amount of Restitution: $30,570.19

Name of Payee: WILSHIRE CREDIT CORP
Amount of Restitution: $345,437.66

Name of Payee: FIRST INDIANA BANK
Amount of Restitution: $105,000.00

Name of Payee: EQUICREDIT CORP OF AMERICA
Amount of Restitution: $321,277.25


**Total Amount of Restitution ordered:  $2,922,819.15\*\***

\*\*Joint and Several with Lori Swearingen, Rosalinda Falcone and Richard Gutierrez


Dated this _____14_____ day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE