UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:02-CR-567-RCJ-LRL |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| SHERON SCIARA ) | |
| ) | |
| Defendant. ) | |



## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#187) on October 26, 2005. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: US BANK
Amount of Restitution: $857,882.99

Name of Payee: BANK ONE
Amount of Restitution: $721,649.68

Name of Payee: COMMUNITY ONE FEDERAL CREDIT UNION
Amount of Restitution: $244,001.38

Name of Payee: PROTOFUND
Amount of Restitution: $148,000.00

Name of Payee: SHELBY SEILER
Amount of Restitution: $149,000.00

Name of Payee: FAIRBANKS CAPITAL CORP
Amount of Restitution: $30,570.19

Name of Payee: WILSHIRE CREDIT CORP
Amount of Restitution: $345,437.66

Name of Payee: FIRST INDIANA BANK
Amount of Restitution: $105,000.00

Name of Payee: EQUICREDIT CORP OF AMERICA
Amount of Restitution: $321,277.25

**Total Amount of Restitution ordered:** $2,922,819.15**

**Joint and Several with Lori Swearingen, Rosalinda Falcone and Richard Gutierrez

Dated this ___14___ day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE